In the Matter of the Accounting of THATCHER T. P. LUQUER et al., as Surviving Trustees under the Will of ALEXANDER E. ORR, Deceased, Respondents. MARGARET HAMILTON et al., Appellants; ELISABETH O. KANEVSKI et al., as Executors of PAUL G. GRAVENHORST, Deceased, et al., Respondents.—

No opinion. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.

EDITH JORDAN, Respondent, v. ABRAHAM L. SUCHMAN et al., Appellants.—

No opinion. Present — Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Murphy, JJ.